**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TOYLAWOU GALTOGBAH,** | ) NO. EDCV 16-1428-ODW (KS) |
| **Plaintiff,** | ) |
| v. | ) **JUDGMENT** |
| **LT. WILLIAMS, et al,** | ) |
| **Defendants.** | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: May 3, 2017

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

1